UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.:

DAVID JIMENEZ,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

_____/

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT[1]**

Plaintiff, DAVID JIMENEZ, by and through undersigned counsel, hereby sues the Defendant, UNITED STATES OF AMERICA (hereinafter "USA") and alleges as follows:

**JURISDICTION & VENUE**

1. This is an action against the Defendant, USA, under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.,* and 28 U.S.C. § 1346(b)(1), for negligence in connection with a motor vehicle accident caused by the United States Postal Service.

2. The claims herein are brought against USA pursuant to the Federal Tort Claims Act, *supra*, for money damages as compensation for personal injuries caused by the USA's negligence.

3. On or about May 22, 2023, the claims set forth herein were presented to the United States Postal Service, by and through confirmed receipt by The National Tort Center, United States Postal Service, 1720 Market Street, Room 2400, St. Louis, MO 63155-9948.

---

[1] Pursuant to Federal Rule of Civil Procedure 39(c), Plaintiff incorporates a demand for an advisory jury.

**GOLDFARB LAW, P.A.**
**2800 PONCE DE LEON BLVD, SUITE 1400, CORAL GABLES, FLORIDA 33134, P: 305-433-3200, F: 305-428-2418**

4. This matter is timely filed in accordance with 28 U.S.C. § 2401,

5. Plaintiff has performed all conditions precedent to the bringing of this action.

6. At all times material hereto, the Plaintiff, DAVID JIMENEZ is a resident of Palm Beach County, Florida.

7. The acts and omissions giving rise to this Complaint on West Palmetto Park Road at or near SW 5th Avenue, Boca Raton, Florida 33432. As such, venue in the Palm Beach Division of the Southern District of Florida is appropriate pursuant to 28 U.S.C. § 1402(b).

## GENERAL ALLEGATIONS

8. That on or about March 21, 2022, Richard Alan Dunton, while acting within the course and scope of his employment of the Defendant, USA, operated a motor vehicle owned by the Defendant, USA on West Palmetto Park Road and SW 5th Avenue in Palm Beach County, Florida.

9. At the above-stated time and place, while in the course and scope of his employment of the Defendant, USA, Richard Alan Dunton, did negligently and carelessly maintain, operate and control Defendant, USA's motor vehicle so that it collided into Plaintiff, who was operating a stand up scooter while on a sidewalk.

10. As a result, Plaintiff, DAVID JIMENEZ suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish and loss of capacity for the enjoyment of life, together with the expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of ability to earn money. The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff DAVID JIMENEZ, hereby sues the UNITED STATES OF AMERICA and demands judgment for all damages, together with costs, interest and such other further relief as this Court deems just and proper.

Dated this 12th day of March, 2024.

                                          **GOLDFARB LAW, P.A.**
*Attorney for Plaintiff*
2800 Ponce De Leon Blvd, Suite 1400
Coral Gables, FL 33134
Ph: (305) 433-3200
Fax: (305) 428-2418
By:   s://*Michael A. Goldfarb*
MICHAEL A. GOLDFARB, ESQ.
Florida Bar No: 102639
Michael@goldfarblaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document will be served upon UNITED STATES ATTORNEY Markenzy Lapointe in Miami, Florida.

                            */s/ Michael A. Goldfarb*
                            **Michael A. Goldfarb**